## No. 6568.

SUCCESSION OF J. C. PATRICK.    OPPOSITION OF L. E. CARROLL.

The action *en declaration de simulation* will not lie except upon allegations and proof of insolvency.

The only purpose of notice of assignment is to protect the assignee against creditors or subsequent purchasers of the assignor, and payments made by the debtor in ignorance of the assignment.

The right of an executor of an estate to invest the succession funds in the purchase of a judgment is a matter in which the judgment debtor has no concern. The executor is accountable only to the creditors and heirs of the estate he is administering for any improper use of the succession funds.

APPEAL from the Parish Court of West Baton Rouge.    WOODRUFF, J.

*Barrow & Pope* for Patrick's Succession.    *Favrot & Lamon* for Opponent.

SPENCER, J., delivered the opinion reversing the judgment below.

## No. 6567.

C. L. WALMSLEY, ADM., VS. HENRY C. WALKER ET AL.

An administrator of a succession is the trustee of the creditors, and his powers are defined by law. If he exceeds his authority the creditors may annul his act.

One who buys the property of an insolvent succession cannot offer in compensation of the price a debt due him by the deceased.

APPEAL from the District Court for Grant.    ORSBORN, J.

*Jack* and *Bowman* for Plaintiff Appellant.    *Blackman, Richardson,* and *Bryan* for Defendants.

DE BLANC, J., delivered the opinion, reversing the judgment of the lower court.